**Motions Denied; Appeal Dismissed and Memorandum Opinion filed July 31, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00511-CV

## IN THE INTEREST OF A.A., A.A., L.A., L.A., AND R.A., CHILDREN

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-237456A**

## M E M O R A N D U M   O P I N I O N

Appellant R.M. attempts to appeal the Order for Monitored Return signed by the trial court on May 24, 2018. An order for monitored return is interlocutory and not appealable. *In re Tex. Dep't of Family & Protective Servs.*, 348 S.W.3d 492, 498 (Tex. App.—Fort Worth 2011, orig. proceeding).

On June 28, 2018, this court notified the parties of its intention to dismiss the appeal for lack of jurisdiction unless a response was filed showing meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed two motions on July 6, 2018: (1) a motion for extension of time to file her notice of appeal, and (2) a motion to reinstate, which we construe as a response to our

dismissal notice.

The motion to reinstate states in relevant part:

I am requesting that the following cases be placed on the docket because this case is with 14-18-00509-CV. There should not be a case in the courts for me. So I am requesting both cases to be viewed so both can be dismissed and disposed of. Both cases are public corruption cases. . . . [A]nd no abuse occurred.

Appellant's motion refers to her other appeal pending in this court, No. 14-18-00509-CV. That appeal involves another of appellant's children, C.F., Jr., and is from a judgment entitled, "Final Order in Suit Affecting the Parent Child Relationship." Such a judgment is appealable. *See* Tex. Fam. Code Ann. § 109.002. However, the appealability of the final order in appeal 14-18-00509-CV is immaterial to the appealability of the order for monitored return in this appeal.

This appeal is **DISMISSED** for lack of jurisdiction. Appellant's motion to reinstate and her motion for extension of time to file her notice of appeal are **DENIED AS MOOT**.

Appeal number 14-18-00509-CV remains pending.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.